COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| RAUL LOPEZ, | § | No. 08-17-00240-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 34th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | | |
| | § | (TC# 20140D06162) |
| State. | | |
| | § | |

# O R D E R

The court has this day considered the Honorable William E. Moody's request for extension of time to file written findings of fact and conclusions of law and concludes the motion should be GRANTED. Therefore, the deadline for the trial court to file its findings of fact and conclusions of law is extended to **September 26, 2018**. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's written findings of fact and conclusions of law on or before October 6, 2018.

IT IS SO ORDERED this 12th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.